UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS.


RAVINDRA BANGARI
A# 41-928-269

   PETITIONER,

   V.

1. JOSEPH F MCDONOUGH.
   - SHERIF OF PLYMOUTH COUNTY,
   MY IMMEDIATE CUSTODIAN.
2. DEPARTMENT OF HOMELAND SECURITY
   - STEVEN J. FARQUHARSON, DISTRICT
     DIRECTOR; CUSTODIAN.

   RESPONDENT.


APPLICATION FOR FEDERAL WRIT OF HABES CORPUS
          UNDER 28 U.S.C § 2241.

1. I AM PRESENTLY CONFINED AT THE PLYMOUTH COUNTY CORRECTIONAL FACILITY.

2. THE BASIS OF MY PETITION:
   - CONTINUED DETENTION IN THE CUSTODY OF THE DEPARTMENT OF HOMELAND SECURITY, BUREAU OF IMMIGRATION & CUSTOMS ENFORCEMENT.

GROUND ONE: MY INDEFINITE DETENTION IS UNLAWFUL. THE DEPARTMENT OF HOMELAND SECURITY (D.H.S.) DOES NOT HAVE STATUTORY AUTHORITY TO DETAIN ME INDEFINITELY. THIS IS BECAUSE MY REMOVAL CANNOT BE EFFECTUATED IN THE REASONABLY FORESEEABLE FUTURE. ZADVYDAS V. DAVIS, 533 U.S 678 (2001). THIS IS BECAUSE:
   (A) THE D.H.S IS NOT ABLE TO DEPORT ME TO GUYANA. THE REPRESENTATIVE OF GUYANA CONSULATE IN WASHINGTON

1

IS NOT SUBMITTING MY TRAVEL DOCUMENT TO THEM (D.H.S) THE D.H.S MAILED A PACKAGE TO MY CONSULATE ON THE 20th OF AUGUST, 2003 REQUESTING FOR MY TRAVEL DOCUMENT AND SINCE THEN, THEY HAVE BEEN WAITING WITHOUT ANY RESPONSE.

(B) MY FAMILY CALLED THE GUYANA CONSULATE MANY TIMES AND THEY SAID THEY CANNOT GET MY TRAVEL DOCUMENTS. THE LAST TIME MY FAMILY CALLED THE CONSULATE WAS ON THE 20TH OF MARCH, 2004 AND THE ANSWER REMAIN THE SAME NO TRAVEL DOCUMENTS.

(C). I WAS ORDERED DEPORTED ON THE 30TH OF JULY, 2003.

GROUND TWO: MY INDEFINITE DETENTION BY RESPONDENT IS IN VIOLATION OF MY RIGHTS TO PROCEDURAL AND SUBSTANTIVE DUE PROCESS, AS GUARANTEED BY THE FIFTH AMENDMENT TO THE UNITE STATES CONSTITUTION.

(A) AFTER I CAME INTO THE D.H.S. CUSTODY, I RECEIVED A LETTER STATING THAT THE D.H.S. WILL CONDUCT A 90 DAYS REVIEW IN REGARDS TO MY CASE ON THE 1TH OF NOV. 2003. ON THE 20TH OF DECEMBER, 2003, I RECIEVED THE ANSWER OF WHICH THE DECISION WAS TO CONTINUE DETENTION BECAUSE THEY BELIEVED THEY CAN GET MY TRAVEL DOCUMENTS IN THE REASONABLY FORESEEABLE FUTURE.

(B) THEY SAID THAT IF I AM NOT RELEASED OR REMOVED FROM THE UNITED STATES BY THE 1ST OF FEBRUARY, 2004, THEN MY CASE WOULD BE SENT TO WASHINGTON

(C) I HAVE FULLY COOPERATED WITH THE D.H.S. IN ORDER TO GET MY TRAVEL DOCUMENTS. THEY HAVE MY PHOTOS AND FINGERPRINTS. I ALSO INFORMED THEM OF THE DATE I ENTERED INTO THE UNITED STATES.

GROUND THREE: I HAVE OVERWHELMINGLY EXHAUSTED ALL THE ADMINISTRATIVE REMEDIES REQUIRED BY LAW, AND MY ONLY REMEDY IS BY WAY OF THIS JUDICAL ACTION.

(A) I HAVE MAILED LETTERS TOGETHER WITH SUPPORTIVE DOCUMENTS TO THE FOLLOWING ADDRESS REQUESTING RELEASE:

2

(i) THE DEPARTMENT OF HOMELAND SECURITY
BUREAU OF IMMIGRATION & CUSTOMS ENFORCEMENT
ATTN: CLAUDIA M. ENGLISH, DEPORTING OFFICER
427 COMMERCIAL ST BLDG # 8
BOSTON MASS 02109
TWO LETTERS. ONE ON 2ND WEEK OF NOVEMBER AND ANOTHER ON THE FIRST WEEK OF DECEMBER.

(ii) I ALSO MAILED TWO LETTERS, ONE ON 2ND WEEK OF JANUARY AND ANOTHER ONE ON SECOND WEEK OF FEBRUARY TO:
THE HEADQUARTERS POST-ORDER UNIT
801 I STREET N.W.
WASHINGTON D.C. 20536

(iii) ANOTHER LETTER MAILED ON 1ST WEEK OF MARCH TO
KIM HINTON
DEPORTATION OFFICER
OFFICE OF DETENTION & REMOVAL
425 I STREET NW
WASHINGTON DC 20536

(B) ENCLOSE IS THE SAME COPY OF THE LETTER WITH MY MARRIAGE CERTIFICATE AND MY WIFE AND SON'S BIRTH CERTIFICATE

GROUND FOUR: I AM NOT A FLIGHT RISK AND I DO NOT PRESENT ANY DANGER TO PUBLIC SAFETY AND THUS MY DETENTION IS UNLAWFUL UNDER 8.C.F.R. SECTION 241.4.

(A) I HAVE A RESPONSIBLE WIFE AND AN EIGHT YEAR OLD SON WHOM I LOVE AND MISS ALOT

(B) THIS HAS BEEN MY FIRST COMMITTED INCARCERATION AS AN ADULT AND IT HAS BEEN THE MOST DRAMATIC AND DEVASTATING PERIOD ENDURED UPON MY IMMEDIATE AND EXTENDED FAMILY AS WELL AS MYSELF.

(C) DURING MY CONFINEMENT, I ATTENDED THE A.A AND NA PROGRAMS. I ATTENDED THE SUBSTANCE ABUSE PROGRAM, THE CRITICAL THINKING PROGRAM AND THE ANGERMENT PROGRAM. ALSO I RECIEVED MY GED CERTIFICATE.

(D) I LEARNED ABOUT MY MISTAKES AND ALL THAT

3

LED M● INTO TROUBLE AND THUS I BELIEVE I WILL NOT COMMIT ANY OTHER CRIMES IN THE FUTURE

(E) MY ADDRESS REMAINS 504 SHERMAN STREET CANTON MASS, 02021 WHERE I WAS LIVING WITH MY WIFE AND SON BEFORE MY ARREST. THEY ARE BOTH CITIZENS.

(F) I DO PRAY THAT YOU GIVE ME A CHANCE TO GET BACK WITH MY FAMILY.

(G) I AM WILLING TO ABIDE WITH ALL THE CONDITIONS IMPOSED ON ME UPON RELEASE AND ALSO TO AVAIL MYSELF TO THE D.H.S AT ANY DAY MY REMOVAL IS IMMINENT. THANKING YOU FOR YOUR TIME AND CONCERN.

I DECLARE UNDER THE PAINS & PENAULTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: 4-6-04                                                SIGNATURE [signature]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY OF THE ENCLOSED DOCUMENTS (ONE PETITION FOR HABEUS CORPUS) HAS BEEN SERVED UPON THE U.S ATTORNEY'S OFFICE VIA REGULAR MAIL AT 1 COURTHOUSE WAY, BOSTON MASS.

SIGNED UNDER THE PAINS & PENALTIES OF PERJURY ON 4-6 IN THE YEAR 2004

*Randro Bongoni*

P.C.C.F H3 # 310
26 LONGPOND RD.
PLYMOUTH, MA
02360

CC/FILE
B.R V. INS-04

Dear Mr. Venturella/To whom it may concern

I am currently being detained at the Plymouth County jail in Plymouth MASS. I have been detained by the IMMIGRATION and NATURALIZATION service for 7 months, since 6-30-03. As I have been detained for more than six months, I respectfully request that I be released subject to INS SUPERVISION pursuant to section 241(a) of the Immigration and Nationality Act.

I was ordered deported 6 months ago, however, Guyana has refused to issue traveling paper. Consequently I have been incarcerated in this facility for over six months. I believe that I should not be forced to remain in detention forever solely because the Goverment of GUYANA refuses to take action in my case.

I am not a flight risk. I have extensive ties to the community. When I am release I will be living at 504 Sherman St. Canton MASS 02021, with my wife whom I've been married to for over three years since Aug. 26, 2000 and my eight year old son. Whom both are citizens. I will be employed at the Jinkins Landscaping Co., by Mr. Jinkins. I will attend the Luthran church along with my family. My wife and son have suffered greatly due to my extended incarceration. For the above reasons, I ask that I be given freedom until

there is a resolution to my case. So I will no longer be a fincial burden to my family. I am sending a copy of my wife and son's birthcertificate and my marriage certificate. Also two letter from my wife. I ask that you please grant me supervise release so that I can be with my family.

I feel remorse for my participation in the act's that put me in jail. I had a near death car accident that left me with a shattered knee, broken ankle, and a broken hip which I had to have replace. My life will never be the same again. I will never allow myself to make those mistakes again. I would like to see my son grow up without makeing the mistakes I did. As long as I'm in his life I will try my hardest to make him do the right thing and avoid the situation I went thru.

For the reason stated above, I ask you to grant me supervised release so that I may support my family and no longer be a fincial burden to society. Thank you for your time and consederation may God bless you.

Sincerly,
Ravindra Bangari
Ravindra Bangari



# City Of Attleboro, Massachusetts

OFFICE OF THE CITY CLERK
Government Center, 77 Park Street
Attleboro, Massachusetts 02703
508-223-2222 • Fax 508-222-3046

SUSAN D. FLOOD
CITY CLERK

## The Commonwealth of Massachusetts
DEPARTMENT OF PUBLIC HEALTH
REGISTRY OF VITAL RECORDS AND STATISTICS

### CERTIFICATE OF MARRIAGE

(State file number)
Attleboro
(City or town making return)

Registered No. 266
Intention No. 187

1. Place of Marriage City or Town: **Boston**
2. Date of Marriage: **August 26, 2000**

3. FULL NAME GROOM: **Ravindra Bangari**
3A. SURNAME AFTER MARRIAGE: **Bangari**
4. DATE OF BIRTH: **March 5, 1980**
5. OCCUPATION: **Conventional Service**
6. RESIDENCE NO. & ST.: **5 Argyle St.** CITY/TOWN: **Dorchester** ST. **MA** ZIP CODE **02124**
7. NUMBER OF MARRIAGE: **1st**
8. WIDOWED OR DIVORCED:
9. BIRTHPLACE: **Portamorant, Guyana**
10. MAIDEN NAME OF MOTHER: **Drupattie Jungra**
11. NAME OF FATHER: **Latchia Bangari**

12. FULL NAME BRIDE: **Christina Kelley Reid**
12A. SURNAME AFTER MARRIAGE: **Bangari**
13. DATE OF BIRTH: **April 6, 1980**
14. OCCUPATION: **Security Officer**
15. RESIDENCE NO. & ST.: **39 Benefit St.** CITY/TOWN: **Pawtucket** ST. **RI** ZIP CODE **02861**
16. NUMBER OF MARRIAGE: **1st**
17. WIDOWED OR DIVORCED:
18. BIRTHPLACE: **Providence, RI**
19. MAIDEN NAME OF MOTHER: **Christine Marie Reid**
20. NAME OF FATHER: **Jerry Denn Kelley**

21. THE INTENTION OF MARRIAGE by the above-mentioned persons was duly entered by me in the records of the Community of **Attleboro** according to law, this **22nd** day of **August** 20**00**
COURT WAIVER Issued **August 25, 2000** by **Susan D. Flood**
AGE ORDER

22. I HEREBY CERTIFY that I solemnized the marriage of the above-named persons at No. **18 Whittier St.** **Roxbury** on **August 26 2000** **Member of the Clergy**
Signed: Samuel B. Hogan
Address: **114 Melville Ave., Roxbury, MA 02124**

23. Certificate recorded by city or town clerk: **January 4 2001** Susan D. Flood, CLERK OR REGISTRAR

I, THE UNDERSIGNED, HEREBY CERTIFY THAT I AM THE CLERK OF THE CITY OF ATTLEBORO, THAT AS SUCH I HAVE CUSTODY OF THE RECORDS OF BIRTHS, MARRIAGES, AND DEATHS REQUIRED BY LAW TO BE KEPT IN MY OFFICE; AND I DO HEREBY CERTIFY THAT THE ABOVE IS A TRUE COPY FROM SAID RECORDS.

WITNESS MY HAND AND SEAL THIS **7th** DAY OF **January**, 20**04**

A TRUE COPY ATTEST: Susan D. Flood
CITY CLERK

IT IS ILLEGAL TO ALTER OR REPRODUCE THIS DOCUMENT IN ANY MANNER.

City Registrar of the City of Boston and I certify the following facts appear on the records of Births, Marriages and Deaths kept in said City as required by law.

Case 1:04-cv-10721-NG    Document 1    Filed 04/09/2004    Page 9 of 14

**Commonwealth of Massachusetts**
**Department of Public Health**
**Division of Vital Records and Statistics**
**Record Certificate of Live Birth**

STATE USE ONLY

3D. REGISTERED NUMBER: 1281

**CHILD**
- 3. PLACE OF BIRTH
- 3C. CITY/TOWN: BOSTON
- 3B. COUNTY: SUFFOLK
- 3A. FACILITY NAME—IF NOT IN FACILITY, NUMBER AND STREET: NEW ENGLAND MEDICAL CENTER
- NAME
  - 4A. FIRST: RAVINDRA
  - 4C. LAST: BANGARI, JR.
- 5. SEX: MALE
- 6A. PLURALITY: SINGLE
- 6B. BIRTH ORDER: single
- 7. TIME: 7:21 PM
- 8. DATE OF BIRTH: JANUARY 14, 1996

**CERTIFIER**
- 9A. SIGNATURE: (signed)
- 9B. TYPE OR PRINT NAME: ANDREA ZUCKERMAN
- 9C. LICENSE NUMBER: 74510
- 9D. NO. & STREET: 750 WASHINGTON ST
- 9E. CITY/TOWN: BOSTON
- 9G. ZIP CODE: 02111
- 9H. DATE SIGNED: January 16, 1996
- 9I. TYPE: AT-BIRTH

**MOTHER**
- NAME
  - 10A. FIRST: CHRISTINA
  - 10B. MIDDLE: KELLEY
  - 10D. MAIDEN SURNAME: REID
- BIRTHPLACE
  - 11A. CITY/TOWN: PROVIDENCE
  - 11B. STATE: RHODE ISLAND
- 12. DATE OF BIRTH: APRIL 6, 1980
- RESIDENCE
  - 13A. NUMBER AND STREET: 27 OGDEN STREET

**FATHER**
- 14A. FIRST: RAVINDRA
- 14C. LAST: BANGARI, SR.
- BIRTHPLACE
  - 15. CITY/TOWN: ANKERVILLE
  - 15B. STATE/COUNTRY: GUYANA
- 16. DATE OF BIRTH: MARCH 5, 1980

17A. I (WE) CERTIFY THAT THE PERSONAL INFORMATION APPEARING ABOVE IS TRUE AND CORRECT: (signed) Ravindra Bangari / Christina Reid
17B. RELATIONSHIP TO CHILD: PARENTS
17C. DATE SIGNED: JANUARY 16, 1996

18. DATE OF RECORD: FEB 22 1996

20. CLERK/REGISTRAR: Judith A. McCarthy

# STATE OF RHODE ISLAND
# AND
# PROVIDENCE PLANTATIONS

RHODE ISLAND DEPARTMENT OF HEALTH
**CERTIFICATE OF LIVE BIRTH**

LOCAL FILE NUMBER: 380426 / 12
BIRTH NUMBER: 138-80-003429

TYPE OR PRINT IN PERMANENT DARK INK

**CHILD**
1. CHILD — FIRST NAME: Christina  MIDDLE: Kelley  LAST: REID
2a. DATE OF BIRTH: April 6, 1980
2b. HOUR: 6:15p M.
3. SEX: Female
4a. THIS BIRTH — SINGLE, TWIN, TRIPLET, ETC.: Single
4b. IF NOT SINGLE BIRTH — BORN FIRST, SECOND, THIRD, ETC.: —
5a. COUNTY OF BIRTH: Providence
5b. CITY, TOWN, OR LOCATION OF BIRTH: Providence, R.I.
5c. HOSPITAL — Name: St. Joseph Hospital, OLP

**CERTIFIER**
6. Signature: Alvin G. Gendreau
6b. DATE SIGNED: 4/6/80
6c. ATTENDANT: MD
6d. CERTIFIER — Name: Alvin G. Gendreau, M.D.
6e. MAILING ADDRESS: 311 Angell St, Providence RI 02906

**REGISTRAR**
7a. REGISTRAR — Signature: Lisa O'Hara STATE REGISTRAR
7b. DATE RECEIVED BY REGISTRAR: 14 Apr 1980

**MOTHER**
8a. MOTHER — FIRST NAME: Christine  MIDDLE: Marie  MAIDEN NAME: Reid
8b. AGE (At time of this birth): 26
8c. CITY, TOWN, STATE OF BIRTH: Boston, Mass.
9a. MAILING ADDRESS OF RESIDENCE: 180 Bridgham St. Providence, R.I.
9b. RESIDENCE ADDRESS: 02907

**FATHER**
10a. FATHER — FIRST NAME: —  MIDDLE: —  LAST: —
10b. AGE: —
10c. CITY, TOWN, STATE OF BIRTH: —

---

I hereby certify that this a true and exact copy of the document officially registered and placed on file in the issuing office.

Issuing Office: STATE OFFICE, PROVIDENCE
Date of Issuance: JAN 07 2004

02180853

Signature of Registrar

THIS COPY VALID ONLY IF ISSUED ON PAPER WITH ENGRAVED BORDER DISPLAYING RAISED SEAL AND SIGNATURE OF STATE OR LOCAL REGISTRAR.

VS-81

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

10-25-03

To Rapar

How are you doing? Fine I hope. Me and JR are okay sitting hear missing you so much and wishing you was hear with your wife and son. Ravindra your son last night was crying because he thinks your never coming home again. I tell him that daddy will be home soon, he tell me that I'm lying. Ravindra you don't know how much stress you have put me and JR through. Since you been in that place. My grandmother prays for you everytime she goes to chruch and she tell her members to keep you in her prayers. I love you so much and I believe in my heart that god knows all I've been through in my life and he knows that I can't live with out you and I need you. Ravindra I sit back and it feels like I'm getting a death sentance, more and more I think we won't be ever back together. Baby I love you and need you home with me and our baby. I'm not writen this letter to make you stressed But I want to tell you that fact of how I'm doing.

P.s. Love U and keep your head up

1) Hello Honey                                    1-9-04

I wanted to first tell you, know matter what or how far we may be apart I will always love and pray that we will be as one again. Mr. Bangari I know we had our ups and down in the past, but I think it just made us stronger and much more wiser. I know that when I got pregnant with nunu. We were only fifteen having a baby. Know matter what you didn't leave me, you was always there for me and nunu. I always told you things happen for a reason. Now that I look back I think god is giving you an eye opener, and testing our love for one another, I know one thing were we young kids living a adult life. We also had NuNu when we were just babies ourselves, I love you so much for standing by me and being there for me when my mother died. I thank you so much. Baby sometimes I lay in our bed and think and feel god is going to give you another chance and send you home. Your son is going so many changes now that your not hear with us. What is really hurting him is knowing that you can't hold or even touch him. You know our babies birthday is in 5 more days. I asked him what did he want for his birthday, he said to gomes and my daddy to come home, I asked him if he had to choose if god could give him one thing only. He said My Daddy. Baby you know how much he loves his games, but he will give up his games to get

2. his duddy to come home. Our baby is turning eight years old, you better come home soon he is already talking about girlfriends. It's so hard being a single parent now. I feel so bad you have to be there in that place. The one I feel the most bad for is nunu it like hes is so smart and days he think of you he ask so bad. But one thing he know his duddy loves him very much. He always say when my daddy comes home we are going to the movie and to buy some video games. Ravindra I don't mean to depress you and make you sad, but I feel you need to know whats going on with your family. I know when you come home were going to have so much to talk about. Baby I'm trying to finish school so that when you come home. I will have a diploma and a good paying job as a Medical Administrative Assistant and I could take care of the bill and you can take care of you son until I come home and then you can go to school since you got your High School Equivalency Diploma, and then we can buy our house and work on our next baby. HA HA 😊 I cry everyday hopen to kiss and touch you real soon. Naver think that I will ever give up on you or leave you. Your minds and no one else I carry you last name and I love forever until Death do us part only. Baby when I think of you in that place it make me sick that I can't even breath.

3. I know you did some bad things in the past, but you bad can't amount to the good you've done for your son as a loving father that he could never be apart. Ravindra I don't have a mother because she was sick and died and you don't have a father because of the same reason, and now my next thing to a father is my grandfather and he is dying of cancer, and baby if they take you away from me I know my heart will not be able to take that. Out all the people and family that I love you and NuNu are the people I love the most. Baby can you believed that in August it will be 4 years that we were married and 10 years that we been together. Now we got about 6000 more year to go. Baby I need you in our life and I devote my life by praying god will give you another chance to be a loving father and husband to your family again. I'm going to end this letter by saying god is watching over me and NuNu so don't worry, and he got his hands over you and your case.

    Love u and see you soon

    Love you loving wife.