## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RAVINDRA BANGARI
Plaintiff

V.

CIVIL ACTION

NO. 04-10721NG

JOSEPH F. MCDONOUGH, ET AL
Defendant

### ORDER OF DISMISSAL

Gertner, D. J.

The Court having been advised on April 12, 2004 by the United States that the petitioner is no longer in custody, and therefore the case is moot.

IT IS ORDERED that this action is hereby dismissed.

By the Court,

4/13/04          s/Maryellen Molloy

Date          Deputy Clerk

(DISM-CASE-MOOT BANGARI 4-13-04.wpd - 12/98)

[stlmtodism.]